IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EMPRESA CUBANA EXPORTADORA )
DE ALIMENTOS Y PRODUCTOS )
VARIOS d/b/a CUBAEXPORT )
Calle 24, n 55, edif. MINCEX, 8vo, piso, )
Havana, Cuba, )

     Plaintiff, )

    v. ) Civil Action No.

UNITED STATES DEPARTMENT OF )
TREASURY, OFFICE OF FOREIGN )
ASSETS CONTROL, HENRY M. )
PAULSON, JR., as Secretary of Treasury, )
ADAM J. SZUBIN, as Director of the )
Office of Foreign Assets Control; and THE )
UNITED STATES, )

     Defendants. )

## EMPRESA CUBANA EXPORTADORA DE ALIMENTOS Y PRODUCTOS VARIOS d/b/a CUBAEXPORT CERTIFICATE UNDER LCVR 7.1

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Empresa Cubana Exportadora de Alimentos y Productos Varios d/b/a/ Cubaexport ("Cubaexport"), certify to the best of my knowledge and belief that Cubaexport has no parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public.

These representations are made so that judges of this court may determine the need for recusal.

7233047_1

Dated: September 29, 2006

Peter M. Brody (D.C. Bar No. #398717)
ROPES & GRAY LLP
One Metro Center
700 12th Street, N.W.
Washington, D.C. 20005
(202) 508-4600

Herbert F. Schwartz
Vincent N. Palladino
Eric R. Hubbard
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, New York 10020
(212) 596-9000

Attorneys for Plaintiff,
EMPRESA CUBANA EXPORTADORA
DE ALIMENTOS Y PRODUCTOS
VARIOS d/b/a CUBAEXPORT

7233047_1