UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMPRESA CUBANA EXPORTADORA DE ALIMENTOS Y PRODUCTOS VARIOS d/b/a CUBAEXPORT,<br><br>                Plaintiff,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF TREASURY, OFFICE OF FOREIGN ASSETS CONTROL, HENRY M. PAULSON, JR., as Secretary of Treasury, ADAM J. SZUBIN, as Director of the Office of Foreign Assets Control, and THE UNITED STATES,<br><br>Treasury Annex<br>1500 Pennsylvania Avenue, NW<br>Washington, DC 20220<br>                Defendants. | Civil Action No. 1:06CV01692 (ESH)<br><br>Hon. Ellen S. Huvelle |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

      PLEASE TAKE NOTICE that ERIC R. WOMACK, United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance in the above-captioned matter as a counsel of record for Defendants. Attached hereto is the Certificate of Familiarity required by Local Civil Rule 83.2(j).

        Respectfully submitted,

        PETER D. KEISLER
        Assistant Attorney General

        JEFFREY A. TAYLOR
        U.S. Attorney for the District of Columbia

        SANDRA M. SCHRAIBMAN
        Assistant Branch Director
        Federal Programs Branch


        *s/ Eric R. Womack*
        ERIC R. WOMACK (IL Bar No. 6279517)
        Trial Attorney
        U.S. Department of Justice
        Civil Division
        Federal Programs Branch
        Washington, D.C. 20001
        Tel: (202) 514-4020
        Fax: (202) 616-8470

        <u>Mailing Address:</u>
        Post Office Box 883
        Washington, D.C. 20044

        <u>Courier Address:</u>
        20 Massachusetts Ave., N.W.
        Room 7122
        Washington, D.C. 20001

        *Counsel for the Defendants*

## CERTIFICATE OF FAMILIARITY

      Pursuant to Local Civil Rule 83.2(j), I hereby certify that I am personally familiar with the Local Rules of this Court.

Dated:    11/16/2006                               */s/ Eric R. Womack*
                                                                     ERIC R. WOMACK

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2006, I caused a true and correct copy of the foregoing Notice of Appearance to be served on Plaintiff's counsel electronically by means of the Court's ECF system.

                                                              */s/ Eric R. Womack*
                                                              ERIC R. WOMACK