UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
EMPRESA CUBANA EXPORTADORA          )
DE ALIMENTOS Y PRODUCTOS            )
VARIOS d/b/a CUBAEXPORT,            )
                                    )
            Plaintiff,              )
                                    )
      v.                            )   Civil Action No. 1:06CV01692 (ESH)
                                    )
                                    )   Hon. Ellen S. Huvelle
UNITED STATES DEPARTMENT OF         )
TREASURY, OFFICE OF FOREIGN         )
ASSETS CONTROL,                     )
HENRY M. PAULSON, JR., as Secretary )
of Treasury, ADAM J. SZUBIN, as     )
Director of the Office of Foreign Assets )
Control, and THE UNITED STATES,     )
                                    )
            Defendants.             )
_____ )

**DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Defendants hereby move for an enlargement of time until December 21, 2006, in which to file a response to Plaintiff's Complaint. This request is made in good faith and with good cause, as set forth below:

1.  Plaintiff filed its Complaint on September 29, 2006. The Complaint was served on the government on October 4, 2006, and, therefore, the current due date for the response is December 4, 2006.

2.  Undersigned counsel has been engaged in briefing other cases that have required substantial attention during the months of October and November.

3.	In addition, due to an unexpected family medical emergency, undersigned counsel has had to devote considerable attention to personal business during the month of November, including travel.

4.	Defendants currently anticipate filing a dispositive motion in response to the Complaint, and additional time is necessary to coordinate the response with agency officials. Defendants are also in the process of compiling the administrative record for this case.

5.	Pursuant to Local Rule 7(m), undersigned counsel has consulted with Plaintiff's counsel, and Plaintiff has consented to the request for an enlargement of time. If the Defendants choose to file a dispositive motion, Plaintiff has indicated a need for an extension to file a response. Accordingly, if such a motion is filed, the parties will confer on an agreed briefing schedule for submission to the Court.

For the preceding reasons, Defendants respectfully request that their motion for an enlargement of time until December 21, 2006, be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
U.S. Attorney for the District of Columbia

SANDRA M. SCHRAIBMAN
Assistant Branch Director
Federal Programs Branch


  *s/ Eric R. Womack*
ERIC R. WOMACK (IL Bar No. 6279517)
Trial Attorney
U.S. Department of Justice
Civil Division
Federal Programs Branch
Washington, D.C.  20001
Tel: (202) 514-4020
Fax: (202) 616-8470

Mailing Address:
Post Office Box 883
Washington, D.C.  20044

Courier Address:
20 Massachusetts Ave., N.W.
Room 7122
Washington, D.C.  20001

*Counsel for the Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2006, I caused a true and correct copy of the foregoing Unopposed Motion for Enlargement of Time and accompanying Proposed Order to be served on Plaintiff's counsel electronically by means of the Court's ECF system.

                                                   */s/ Eric R. Womack*
                                                   ERIC R. WOMACK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMPRESA CUBANA EXPORTADORA DE ALIMENTOS Y PRODUCTOS VARIOS d/b/a CUBAEXPORT,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TREASURY, OFFICE OF FOREIGN ASSETS CONTROL, HENRY M. PAULSON, JR., as Secretary of Treasury, ADAM J. SZUBIN, as Director of the Office of Foreign Assets Control, and THE UNITED STATES,<br><br>Defendants. | Civil Action No. 1:06CV01692 (ESH)<br><br>Hon. Ellen S. Huvelle |

**[PROPOSED] ORDER**

Upon consideration of DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME, and for cause shown, it is hereby ORDERED that Defendants' time to respond to the Complaint is hereby enlarged to and including December 21, 2006.

Dated: _____     _____
                                  JUDGE ELLEN S. HUVELLE
                                  UNITED STATES DISTRICT JUDGE