UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMPRESA CUBANA EXPORTADORA DE ALIMENTOS Y PRODUCTOS VARIOS d/b/a CUBAEXPORT, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE TREASURY, OFFICE OF FOREIGN ASSETS CONTROL, HENRY M. PAULSON, JR., as Secretary of Treasury, ADAM J. SZUBIN, as Director of the Office of Foreign Assets Control, and THE UNITED STATES, <br><br> Defendants. | Civil Action No. 1:06CV01692 (ESH) <br><br> Hon. Ellen S. Huvelle |

**JOINT MOTION FOR LEAVE TO SET BRIEFING SCHEDULE**

The Plaintiff, Empresa Cubana Exportadora de Alimentos y Productos Varios d/b/a Cubaexport ("Cubaexport"), and the Defendants, United States Department of the Treasury, the Office of Foreign Assets Control, Henry M. Paulson, Jr., Adam J. Szubin, and the United States, by and through undersigned counsel, hereby jointly move for leave to set a briefing schedule on the Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment, filed December 21, 2006. This request is made in good faith and with good cause, as set forth below:

1. Plaintiff filed its Complaint on September 29, 2006. On December 21, 2006, Defendants responded to the Complaint by filing a Motion to Dismiss or, in the Alternative, for

-1-

Summary Judgment.

    2.    Pursuant to Local Rule 7(m), undersigned counsel have consulted, and the parties are in agreement that additional time is necessary to properly address the issues raised by the Motion.

    3.    Accordingly, the parties respectfully request that the Plaintiff be permitted to file a response to the Motion on or before February 23, 2006, and that the Defendants be permitted to file a reply to the response on or before March 23, 2006.

Dated December 28, 2006

Respectfully submitted,

| | |
|---|---|
| */s/ Peter M. Brody* | PETER D. KEISLER |
| PETER M. BRODY | Assistant Attorney General |
| (DC Bar No. 398717) | |
| | JEFFREY A. TAYLOR |
| ROPES & GRAY LLP | U.S. Attorney for the District of Columbia |
| One Metro Center | |
| 700 12th Street, N.W. | SANDRA M. SCHRAIBMAN |
| Washington, D.C. 20005 | (DC Bar No. 188599) |
| (202) 508-4600 | Assistant Branch Director |
| | Federal Programs Branch |
| Herbert F. Schwartz | |
| Vincent N. Palladino | */s/ Eric R. Womack* |
| Eric R. Hubbard | ERIC R. WOMACK (IL Bar No. 6279517) |
| ROPES & GRAY LLP | Trial Attorney |
| 1251 Avenue of the Americas | U.S. Department of Justice |
| New York, New York 10020 | Civil Division |
| (212) 596-9000 | Federal Programs Branch |
| | Washington, D.C. 20001 |
| *Counsel for the Plaintiff* | Tel: (202) 514-4020 |
| | Fax: (202) 616-8470 |

Mailing Address:
Post Office Box 883
Washington, D.C. 20044

Courier Address:
20 Massachusetts Ave., N.W.
Room 7122
Washington, D.C. 20001

*Counsel for the Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2006, I caused a true and correct copy of the foregoing Joint Motion for Leave to Set Briefing Schedule and accompanying Proposed Order to be served on Plaintiff's counsel electronically by means of the Court's ECF system.

                                                */s/ Eric R. Womack*
                                                ERIC R. WOMACK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMPRESA CUBANA EXPORTADORA DE ALIMENTOS Y PRODUCTOS VARIOS d/b/a CUBAEXPORT, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE TREASURY, OFFICE OF FOREIGN ASSETS CONTROL, HENRY M. PAULSON, JR., as Secretary of Treasury, ADAM J. SZUBIN, as Director of the Office of Foreign Assets Control, and THE UNITED STATES, <br><br> Defendants. | Civil Action No. 1:06CV01692 (ESH) <br><br> Hon. Ellen S. Huvelle |

**[PROPOSED] ORDER**

Upon consideration of the parties' JOINT MOTION FOR LEAVE TO SET BRIEFING SCHEDULE, and for cause shown, it is hereby ORDERED that the Motion is GRANTED. Plaintiff's response is due on or before February 23, 2006, and the Defendants' reply is due on or before March 23, 2006.

Dated: _____

JUDGE ELLEN S. HUVELLE
UNITED STATES DISTRICT JUDGE