UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| EMPRESA CUBANA EXPORTADORA DE ALIMENTOS Y PRODUCTOS VARIOS d/b/a CUBAEXPORT,<br><br>    Plaintiff,<br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, OFFICE OF FOREIGN ASSETS CONTROL, HENRY M. PAULSON, JR., as Secretary of Treasury, ADAM J. SZUBIN, as Director of the Office of Foreign Assets Control, and THE UNITED STATES,<br><br>    Defendants. | Civil Action No. 1:06CV01692 (ESH)<br><br>Hon. Ellen S. Huvelle |

**JOINT MOTION FOR LEAVE TO SET BRIEFING SCHEDULE**

The plaintiff, Empresa Cubana Exportadora de Alimentos y Productos Varios d/b/a Cubaexport ("Cubaexport"), and the defendants, United States Department of the Treasury, the Office of Foreign Assets Control, Henry M. Paulson, Jr., Adam J. Szubin, and the United States ("Defendants"), by and through undersigned counsel, hereby jointly move for leave to set a briefing schedule on the Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment, filed December 21, 2006. This request is made in good faith and with good cause, as set forth below:

    1.    Cubaexport filed its Complaint on September 29, 2006. On December 21, 2006,

Defendants responded to the Complaint by filing a Motion to Dismiss or, in the Alternative, for Summary Judgment.

2. On December 28, 2006, the parties filed a Joint Motion for Leave to Set Briefing Schedule. The parties agreed that Cubaexport would file its response to Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment, on or before February 23, 2007, and that the Defendants would file a reply on or before March 23, 2007. The Court granted this motion on December 29, 2006.

3. In the ensuing time, attorneys from Ropes & Gray have attempted to schedule travel to Cuba to meet with their client, Cubaexport, to review Defendants' motion and prepare a response, including with regard to the factual issues raised by the motion. Ropes & Gray attorneys scheduled a trip for January 29, 2007, but that trip had to be postponed because visas were not yet approved on that date. The visas have now issued, and the trip will take place during the week of February 5, 2007. As a result however, Ropes & Gray's efforts to prepare a response to the motion have been delayed.

4. Pursuant to Local Rule 7(m), undersigned counsel have consulted, and the parties are in agreement that additional time is necessary to allow Cubaexport to prepare a response to the pending motion.

5. Accordingly, the parties respectfully request that Cubaexport be permitted to file a response to Defendants' motion on or before March 16, 2007, and that the Defendants be permitted to file a reply to the response on or before April 13, 2007.

Dated: February 5, 2007

- 3 -

Respectfully submitted,

| | |
|---|---|
| */s/ Peter M. Brody* | PETER D. KEISLER |
| PETER M. BRODY | Assistant Attorney General |
| (DC Bar No. 398717) | |
| | JEFFREY A. TAYLOR |
| ROPES & GRAY LLP | U.S. Attorney for the District of Columbia |
| One Metro Center | |
| 700 12th Street, N.W. | SANDRA M. SCHRAIBMAN |
| Washington, D.C. 20005 | (DC Bar No. 188599) |
| (202) 508-4600 | Assistant Branch Director |
| | Federal Programs Branch |
| Herbert F. Schwartz | |
| Vincent N. Palladino | */s/ Eric R. Womack* |
| Eric R. Hubbard | ERIC R. WOMACK (IL Bar No. 6279517) |
| Pablo D. Hendler | Trial Attorney |
| ROPES & GRAY LLP | U.S. Department of Justice |
| 1211 Avenue of the Americas | Civil Division |
| New York, New York 10036 | Federal Programs Branch |
| (212) 596-9000 | Washington, D.C. 20001 |
| | Tel: (202) 514-4020 |
| *Counsel for the Plaintiff* | Fax: (202) 616-8470 |
| | |
| | Mailing Address: |
| | Post Office Box 883 |
| | Washington, D.C. 20044 |
| | |
| | Courier Address: |
| | 20 Massachusetts Ave., N.W. |
| | Room 7122 |
| | Washington, D.C. 20001 |
| | |
| | *Counsel for the Defendants* |

- 4 -

**CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2007, I caused a true and correct copy of the foregoing Joint Motion for Leave to Set Briefing Schedule and accompanying Proposed Order to be served on Defendants' counsel electronically by means of the Court's ECF system.

                                             */s/ Peter M. Brody*
                                             PETER M. BRODY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMPRESA CUBANA EXPORTADORA ) <br> DE ALIMENTOS Y PRODUCTOS ) <br> VARIOS d/b/a CUBAEXPORT, ) <br>  ) <br> Plaintiff, ) <br> v. ) <br>  ) <br>  ) <br> UNITED STATES DEPARTMENT OF ) <br> THE TREASURY, OFFICE OF FOREIGN ) <br> ASSETS CONTROL, ) <br> HENRY M. PAULSON, JR., as Secretary ) <br> of Treasury, ADAM J. SZUBIN, as ) <br> Director of the Office of Foreign Assets ) <br> Control, and THE UNITED STATES, ) <br>  ) <br> Defendants. ) | Civil Action No. 1:06CV01692 (ESH) <br><br> Hon. Ellen S. Huvelle |

**[PROPOSED] ORDER**

Upon consideration of the parties' JOINT MOTION FOR LEAVE TO SET BRIEFING SCHEDULE, and for cause shown, it is hereby ORDERED that the Motion is GRANTED. Cubaexport's response is due on or before March 16, 2007, and the Defendants' reply is due on or before April 13, 2007.

Dated: _____

                                                                                 JUDGE ELLEN S. HUVELLE
                                                                                 UNITED STATES DISTRICT JUDGE