**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| EMPRESS CUBANA EXPORTADORA DE ALIMENTOS Y PRODUCTOS VARIOS d/b/a/CUBAEXPORT,<br><br>        Plaintiff,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, OFFICE OF FOREIGN ASSETS CONTROL, HENRY M. PAULSON, JR., as Secretary of Treasury, ADAM J. SZUBIN, as Director of the Office of Foreign Assets Control, and THE UNITED STATES,<br><br>        Defendants. | Civil Action No. 1:06CV01692 (ESH)<br><br>Hon. Ellen S. Huvelle |

**MOTION FOR ADMISSION *PRO HAC VICE***

Peter M. Brody, a member of the Bar of the United States District Court for the District of Columbia, who has entered an appearance in this action on behalf of Plaintiff, Empresa Cubana Exportadora de Alimentos Y Productos Varios d/b/a Cubaexport, hereby moves this Court for admission *pro hac vice* of Pablo D. Hendler, as counsel for Plaintiff, Empresa Cubana Exportadora de Alimentos Y Productos Varios d/b/a Cubaexport, pursuant to Local Rule 83.2(d).

Attached hereto in support of this motion is the declaration of Mr. Hendler; that he is a member of the bar in good standing in every jurisdiction where he has been admitted to practice; that there is no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and that he is familiar with the local rules of this Court.

-2-

Respectfully Submitted,


        /s/
Peter M. Brody (D.C. Bar No. 398717)
ROPES & GRAY
One Metro Center
700 12th Street, N.W.
Suite 900
Washington, DC  20005
Telephone: (202) 508-4600
Facsimile: (202) 508-4650

Dated:  March 9, 2007

-3-

**CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2007, I caused a true and correct copy of the

foregoing Motion for Admission *Pro Hac Vice* to be served on Defendants' counsel

electronically by means of the Court's ECF system.


/s/
PETER M. BRODY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| EMPRESS CUBANA EXPORTADORA DE ALIMENTOS Y PRODUCTOS VARIOS d/b/a/CUBAEXPORT, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE TREASURY, OFFICE OF FOREIGN ASSETS CONTROL, HENRY M. PAULSON, JR., as Secretary of Treasury, ADAM J. SZUBIN, as Director of the Office of Foreign Assets Control, and THE UNITED STATES, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:06CV01692 (ESH) <br><br> Hon. Ellen S. Huvelle |

### STATEMENT OF PABLO D. HENDLER

1. My full name is Pablo D. Hendler.

2. My office address is Ropes & Gray LLP, 1211 Avenue of the Americas, New York, NY 10036; telephone (212) 596-9000, facsimile (212) 596-9090.

3. I am a member in good standing of the State Bar of New York, the United States District Courts for the Southern and Eastern Districts of New York, and the United States Court of Appeals for the Federal Circuit.

4. I have never been disciplined by any bar in any district.

5. I was admitted to this Court pro hac vice on July 20, 2005 in *Bacardi & Company Limited v. Cubaexport et al.*, No. 04 CV 519 (EGS).

6.      I do not reside in the District of Columbia, am not regularly employed or

regularly engaged in the practice of law in the District of Columbia.

Although Ropes & Gray LLP maintains an office in the District of

Columbia, I practice in the New York Office of Ropes & Gray LLP.  I do

not have an application for membership pending in the District of

Columbia.

Pablo D. Hendler
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9340
(212) 596-9090 (Fax)

**Attorney for Plaintiff Cubaexport**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| EMPRESS CUBANA EXPORTADORA DE ALIMENTOS Y PRODUCTOS VARIOS d/b/a/CUBAEXPORT,<br><br>   Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, OFFICE OF FOREIGN ASSETS CONTROL, HENRY M. PAULSON, JR., as Secretary of Treasury, ADAM J. SZUBIN, as Director of the Office of Foreign Assets Control, and THE UNITED STATES,<br><br>   Defendants. | )<br>)<br>) Civil Action No. 1:06CV01692 (ESH)<br>)<br>)<br>) Hon. Ellen S. Huvelle<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### [Proposed] ORDER

Upon consideration of the Motion for Admission *Pro Hac Vice* of Pablo D.

Hendler, it is this ___ day of ____, 2007, hereby, ORDERED that the Motion for

Admission *Pro Hac Vice* of Pablo D. Hendler be GRANTED.


            _____
            Ellen S. Huvelle
            United States District Judge