IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMPRESS CUBANA EXPORTADORA DE ALIMENTOS Y PRODUCTOS VARIOS d/b/a/CUBAEXPORT,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, OFFICE OF FOREIGN ASSETS CONTROL, HENRY M. PAULSON, JR., as Secretary of Treasury, ADAM J. SZUBIN, as Director of the Office of Foreign Assets Control, and THE UNITED STATES,<br><br>Defendants. | Civil Action No. 1:06CV01692 (ESH)<br><br>Hon. Ellen S. Huvelle |

## MOTION FOR ADMISSION *PRO HAC VICE*

Peter M. Brody, a member of the Bar of the United States District Court for the District of Columbia, who has entered an appearance in this action on behalf of Plaintiff, Empresa Cubana Exportadora de Alimentos Y Productos Varios d/b/a Cubaexport, hereby moves this Court for admission *pro hac vice* of Michele M. Winneker, as counsel for Plaintiff, Empresa Cubana Exportadora de Alimentos Y Productos Varios d/b/a Cubaexport, pursuant to Local Rule 83.2(d).

Attached hereto in support of this motion is the declaration of Ms. Winnekar; that she is a member of the bar in good standing in every jurisdiction where he has been admitted to practice; that there is no disciplinary proceedings pending against her as a member of the bar in any jurisdiction; and that she is familiar with the local rules of this Court.

-2-

                                          Respectfully Submitted,

                                          /s/
                                        Peter M. Brody (D.C. Bar No. 398717)
                                        ROPES & GRAY
                                        One Metro Center
                                        700 12th Street, N.W.
                                        Suite 900
                                        Washington, DC  20005
                                        Telephone: (202) 508-4600
                                        Facsimile: (202) 508-4650

Dated:  March 9, 2007

-3-

## CERTIFICATE OF SERVICE

    I hereby certify that on March 9, 2007, I caused a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice* to be served on Defendants' counsel electronically by means of the Court's ECF system.

                                */s/*
                                PETER M. BRODY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMPRESS CUBANA EXPORTADORA DE ALIMENTOS Y PRODUCTOS VARIOS d/b/a/CUBAEXPORT,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, OFFICE OF FOREIGN ASSETS CONTROL, HENRY M. PAULSON, JR., as Secretary of Treasury, ADAM J. SZUBIN, as Director of the Office of Foreign Assets Control, and THE UNITED STATES,<br><br>        Defendants. | Civil Action No. 1:06CV01692 (ESH)<br><br>Hon. Ellen S. Huvelle |

## STATEMENT OF MICHELE M. WINNEKER

1. My full name is Michele Montuore Winneker.

2. My office address is Ropes & Gray LLP, 1211 Avenue of the Americas, New York, NY 10036; telephone (212) 596-9000, facsimile (212) 596-9090.

3. I am a member in good standing of the State Bar of New York, the United States District Court for the Southern and Eastern Districts of New York, the State Bar of New Jersey, and the United States District Court for the District of New Jersey.

4. I have never been disciplined by any bar in any district.

5. I was admitted to this Court pro hac vice on July 20, 2005 in *Bacardi & Company Limited v. Cubaexport et al.*, No. 04 CV 519 (EGS).

6. I do not reside in the District of Columbia, am not regularly employed or regularly engaged in the practice of law in the District of Columbia. Although Ropes & Gray LLP maintains an office in the District of Columbia, I practice in the New York Office of Ropes & Gray LLP. I do not have an application for membership pending in the District of Columbia.

*Michele M. Winneker*

Michele M. Winneker
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9568
(212) 596-9090 (Fax)

***Attorney for Plaintiff Cubaexport***

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| EMPRESS CUBANA EXPORTADORA DE ALIMENTOS Y PRODUCTOS VARIOS d/b/a/CUBAEXPORT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, OFFICE OF FOREIGN ASSETS CONTROL, HENRY M. PAULSON, JR., as Secretary of Treasury, ADAM J. SZUBIN, as Director of the Office of Foreign Assets Control, and THE UNITED STATES,<br><br>　　　　Defendants. | Civil Action No. 1:06CV01692 (ESH)<br><br>Hon. Ellen S. Huvelle |

**[Proposed] ORDER**

Upon consideration of the Motion for Admission *Pro Hac Vice* of Michele M. Winneker, it is this ___ day of ____, 2007, hereby, ORDERED that the Motion for Admission *Pro Hac Vice* of Michele M. Winneker be GRANTED.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Ellen S. Huvelle
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge