**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

EMPRESS CUBANA EXPORTADORA DE ALIMENTOS Y PRODUCTOS VARIOS d/b/a/CUBAEXPORT,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF THE TREASURY, OFFICE OF FOREIGN ASSETS CONTROL, HENRY M. PAULSON, JR., as Secretary of Treasury, ADAM J. SZUBIN, as Director of the Office of Foreign Assets Control, and THE UNITED STATES,

Defendants.

Civil Action No. 1:06CV01692 (ESH)

Hon. Ellen S. Huvelle

**MOTION FOR ADMISSION *PRO HAC VICE***

Peter M. Brody, a member of the Bar of the United States District Court for the District of Columbia, who has entered an appearance in this action on behalf of Plaintiff, Empresa Cubana Exportadora de Alimentos Y Productos Varios d/b/a Cubaexport, hereby moves this Court for admission *pro hac vice* of Brynn Metzger-Hare, as counsel for Plaintiff, Empresa Cubana Exportadora de Alimentos Y Productos Varios d/b/a Cubaexport, pursuant to Local Rule 83.2(d).

Attached hereto in support of this motion is the declaration of Ms. Metzger-Hare; that she is a member of the bar in good standing in every jurisdiction where he has been admitted to practice; that there is no disciplinary proceedings pending against her as a member of the bar in any jurisdiction; and that she is familiar with the local rules of this Court.

Respectfully Submitted,

/s/

Peter M. Brody (D.C. Bar No. 398717)
ROPES & GRAY
One Metro Center
700 12th Street, N.W.
Suite 900
Washington, DC 20005
Telephone: (202) 508-4600
Facsimile: (202) 508-4650

Dated: March 9, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2007, I caused a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice* to be served on Defendants' counsel electronically by means of the Court's ECF system.

*/s/*________________________
PETER M. BRODY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EMPRESS CUBANA EXPORTADORA DE ALIMENTOS Y PRODUCTOS VARIOS d/b/a/CUBAEXPORT,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF THE TREASURY, OFFICE OF FOREIGN ASSETS CONTROL, HENRY M. PAULSON, JR., as Secretary of Treasury, ADAM J. SZUBIN, as Director of the Office of Foreign Assets Control, and THE UNITED STATES,

Defendants.

Civil Action No. 1:06CV01692 (ESH)

Hon. Ellen S. Huvelle

**STATEMENT OF BRYNN METZGER-HARE**

1. My full name is Brynn Metzger-Hare.

2. My office address is Ropes & Gray LLP, 1211 Avenue of the Americas, New York, NY 10036; telephone (212) 596-9000, facsimile (212) 596-9090.

3. I am a member in good standing of the State Bar of the Commonwealth of Massachusetts and the State Bar of New York.

4. I have never been disciplined by any bar in any district.

5. I have not been admitted to this Court pro hac vice within the last two years.

6. I do not reside in the District of Columbia, am not regularly employed or regularly engaged in the practice of law in the District of Columbia.

Although Ropes & Gray LLP maintains an office in the District of Columbia, I practice in the New York Office of Ropes & Gray LLP. I do not have an application for membership pending in the District of Columbia.

Brynn Metzger-Hare
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9481
(212) 596-9090 (Fax)

***Attorney for Plaintiff Cubaexport***

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

EMPRESS CUBANA EXPORTADORA DE ALIMENTOS Y PRODUCTOS VARIOS d/b/a/CUBAEXPORT,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF THE TREASURY, OFFICE OF FOREIGN ASSETS CONTROL, HENRY M. PAULSON, JR., as Secretary of Treasury, ADAM J. SZUBIN, as Director of the Office of Foreign Assets Control, and THE UNITED STATES,

Defendants.

Civil Action No. 1:06CV01692 (ESH)

Hon. Ellen S. Huvelle

**[Proposed] ORDER**

Upon consideration of the Motion for Admission *Pro Hac Vice* of Brynn Metzger-Hare, it is this ___ day of _____, 2007, hereby, ORDERED that the Motion for Admission *Pro Hac Vice* of Brynn Metzger-Hare be GRANTED.

_________________________
Ellen S. Huvelle
United States District Judge