**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| EMPRESS CUBANA EXPORTADORA DE ALIMENTOS Y PRODUCTOS VARIOS d/b/a/CUBAEXPORT,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, OFFICE OF FOREIGN ASSETS CONTROL, HENRY M. PAULSON, JR., as Secretary of Treasury, ADAM J. SZUBIN, as Director of the Office of Foreign Assets Control, and THE UNITED STATES,<br><br>    Defendants. | Civil Action No. 1:06CV01692 (ESH)<br><br>Hon. Ellen S. Huvelle |

**CUBAEXPORT'S UNOPPOSED MOTION FOR A ONE-WEEK ENLARGEMENT OF TIME IN WHICH TO FILE A RESPONSE TO THE DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

The plaintiff, Empresa Cubana Exportadora de Alimentos y Productos Varios d/b/a/Cubaexport ("Cubaexport"), through undersigned counsel, respectfully moves the Court for a one-week enlargement of time for filing its response to the Defendants' pending Motion to Dismiss or, in the Alternative, for Summary Judgment, filed December 21, 2006. Currently, that response is due on or before March 16, 2007, per the order of this Court dated February 5, 2007.

Cubaexport and undersigned counsel have made diligent efforts to meet this deadline. Owing to logistical complications relating to the finalizing of a declaration by a witness in Cuba, however, a brief additional enlargement of time is needed.

Counsel for the defendants, Eric R. Womack, U.S. Department of Justice, has this date authorized the undersigned to state that defendants do not oppose the requested enlargement of time.

Dated: March 15, 2007

                                        Respectfully submitted,

                                        */s/ Peter M. Brody*
                                        PETER M. BRODY
                                        (DC Bar No. 398717)

                                        ROPES & GRAY LLP
                                        One Metro Center
                                        700 12th Street, N.W.
                                        Washington, D.C. 20005
                                        (202) 508-4600

                                        Herbert F. Schwartz
                                        Vincent N. Palladino
                                        Eric R. Hubbard
                                        Pablo D. Hendler
                                        ROPES & GRAY LLP
                                        1211 Avenue of the Americas
                                        New York, New York 10036
                                        (212) 596-9000

                                        *Counsel for the Plaintiff*

**CERTIFICATE OF CONFERENCE**

I hereby certify that on March 15, 2007, counsel for Cubaexport conferred with Eric Womack, counsel for the Government, who stated that the Government does not oppose the granting of this motion.

                                                 _/s/ Peter M. Brody_
                                                 PETER M. BRODY
                                                 (DC Bar No. 398717)

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 15, 2007, Cubaexport's Unopposed Motion for a One-Week Enlargement of Time in Which to File a Response to the Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment was served upon Eric Womack through ECF.

                                                               */s/ Peter M. Brody*
                                                             PETER M. BRODY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMPRESA CUBANA EXPORTADORA DE ALIMENTOS Y PRODUCTOS VARIOS d/b/a CUBAEXPORT,<br><br>Plaintiff,<br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, OFFICE OF FOREIGN ASSETS CONTROL, HENRY M. PAULSON, JR., as Secretary of Treasury, ADAM J. SZUBIN, as Director of the Office of Foreign Assets Control, and THE UNITED STATES,<br><br>Defendants. | Civil Action No. 1:06CV01692 (ESH)<br><br>Hon. Ellen S. Huvelle |

**[PROPOSED] ORDER**

Upon consideration of Cubaexport's UNOPPOSED MOTION FOR A ONE-WEEK ENLARGEMENT OF TIME IN WHICH TO FILE A RESPONSE TO THE DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT, it is hereby ORDERED that the Motion is GRANTED.  Cubaexport's response is due on or before March 23, 2007.

Dated: _____

JUDGE ELLEN S. HUVELLE
UNITED STATES DISTRICT JUDGE