**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| EMPRESS CUBANA EXPORTADORA DE ALIMENTOS Y PRODUCTOS VARIOS d/b/a/CUBAEXPORT,<br><br>      Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, OFFICE OF FOREIGN ASSETS CONTROL, HENRY M. PAULSON, JR., as Secretary of Treasury, ADAM J. SZUBIN, as Director of the Office of Foreign Assets Control, and THE UNITED STATES,<br><br>      Defendants. | Civil Action No. 1:06CV01692 (ESH)<br><br>Hon. Ellen S. Huvelle |

## CUBAEXPORT'S REQUEST FOR ORAL HEARING ON PENDING CROSS MOTIONS

In accordance with Rule 7(f) of this Court's local rules, the plaintiff, Empresa Cubana Exportadora de Alimentos y Productos Varios d/b/a/Cubaexport ("Cubaexport"), through undersigned counsel, respectfully requests an oral hearing on (1) Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment, filed December 21, 2006 (Doc. 5-1) and (2) Cubaexport's Cross-Motion for Summary Judgment, filed March 16, 2007 (Doc. 18). Cubaexport submits that argument may significantly assist the Court in resolving the issues presented by these cross motions.

Dated: March 22, 2007

                          Respectfully submitted,

                          */s/ Peter M. Brody*
                          PETER M. BRODY
                          (DC Bar No. 398717)

                          ROPES & GRAY LLP
                          One Metro Center
                          700 12th Street, N.W.
                          Washington, D.C. 20005
                          (202) 508-4600

                          Herbert F. Schwartz
                          Vincent N. Palladino
                          Eric R. Hubbard
                          Pablo D. Hendler
                          ROPES & GRAY LLP
                          1211 Avenue of the Americas
                          New York, New York 10036
                          (212) 596-9000

                          *Counsel for the Plaintiff*

**CERTIFICATE OF CONFERENCE**

I hereby certify that on March 22, 2007, counsel for Cubaexport conferred with Eric Womack, counsel for the Government, who stated that the Government does not oppose the granting of this motion.

                                                     _/s/ Peter M. Brody_
                                                    PETER M. BRODY
                                                    (DC Bar No. 398717)