.IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EMPRESS CUBANA EXPORTADORA )
DE ALIMENTOS Y PRODUCTOS )
VARIOS d/b/a/CUBAEXPORT, )
)
      Plaintiff, )  Civil Action No. 1:06CV01692 (ESH)
)
v. )
)  Hon. Ellen S. Huvelle
UNITED STATES DEPARTMENT OF )
THE TREASURY, OFFICE OF )
FOREIGN ASSETS CONTROL, )
HENRY M. PAULSON, JR., as Secretary )
of Treasury, ADAM J. SZUBIN, as )
Director of the Office of Foreign Assets )
Control, and THE UNITED STATES, )
)
      Defendants. )
)

## CUBAEXPORT'S REQUEST FOR ORAL HEARING ON PENDING CROSS MOTIONS

In accordance with Rule 7(f) of this Court's local rules, the plaintiff, Empresa Cubana Exportadora de Alimentos y Productos Varios d/b/a/Cubaexport ("Cubaexport"), through undersigned counsel, respectfully requests an oral hearing on (1) Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment, filed December 21, 2006 (Doc. 5-1) and (2) Cubaexport's Cross-Motion for Summary Judgment, filed March 16, 2007 (Doc. 18). Cubaexport submits that argument may significantly assist the Court in resolving the issues presented by these cross motions.

Dated: March 22, 2007

      Respectfully submitted,

      */s/ Peter M. Brody*
      PETER M. BRODY
      (DC Bar No. 398717)

      ROPES & GRAY LLP
      One Metro Center
      700 12th Street, N.W.
      Washington, D.C. 20005
      (202) 508-4600

      Herbert F. Schwartz
      Vincent N. Palladino
      Eric R. Hubbard
      Pablo D. Hendler
      ROPES & GRAY LLP
      1211 Avenue of the Americas
      New York, New York 10036
      (212) 596-9000

      *Counsel for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2007, Cubaexport's Request for Oral Hearing on Pending Cross Motions was served upon Eric Womack through ECF.

                                          _/s/ Peter M. Brody_
                                          PETER M. BRODY
                                          (DC Bar No. 398717)