UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMPRESA CUBANA EXPORTADORA DE ALIMENTOS Y PRODUCTOS VARIOS d/b/a CUBAEXPORT, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE TREASURY, OFFICE OF FOREIGN ASSETS CONTROL, HENRY M. PAULSON, JR., as Secretary of Treasury, ADAM J. SZUBIN, as Director of the Office of Foreign Assets Control, and THE UNITED STATES, <br><br> Defendants. | Civil Action No. 1:06CV01692 (ESH) <br><br> Hon. Ellen S. Huvelle |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

The Defendants, United States Department of the Treasury, the Office of Foreign Assets Control, Henry M. Paulson, Jr., Adam J. Szubin, and the United States, by and through undersigned counsel, hereby move for leave to extend the deadline for response to the Plaintiff's Cross-Motion for Summary Judgment. Counsel for the Plaintiff has indicated that he does not oppose this request. The request is made in good faith and with good cause, as set forth below:

1. On December 21, 2006, Defendants responded to the Plaintiff's Complaint by filing a Motion to Dismiss or, in the Alternative, for Summary Judgment.

2. The Plaintiff filed its opposition to the Motion on March 16, 2007. The

Defendants' reply to the opposition is currently due on or before April 13, 2007.

3. In conjunction with the opposition, the Plaintiff filed a Cross-Motion for Summary Judgment on one of the claims in the Complaint.

4. The Defendants' response to the Cross-Motion is currently due on or before March 30, 2007.

5. The Cross-Motion raises issues that are identical or substantially similar to those presented by the Defendants' motion and the Plaintiff's opposition. Accordingly, the Defendants respectfully request that their filing deadline for a response to the Cross-Motion be extended to April 13, 2007, the current due date for the Defendants' reply. Permitting both briefs to be filed at the same time would avoid duplicative briefing on the issues raised by the motions.

6. Given the current deadline for the Defendants' reply to the Plaintiff's opposition, this extension will not unduly delay the Court's consideration of the motions.

Dated March 26, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
U.S. Attorney for the District of Columbia

SANDRA M. SCHRAIBMAN
(DC Bar No. 188599)
Assistant Branch Director
Federal Programs Branch


  */s/ Eric R. Womack*
ERIC R. WOMACK (IL Bar No. 6279517)
Trial Attorney
U.S. Department of Justice
Civil Division
Federal Programs Branch
Washington, D.C.  20001
Tel: (202) 514-4020
Fax: (202) 616-8470

Mailing Address:
Post Office Box 883
Washington, D.C.  20044

Courier Address:
20 Massachusetts Ave., N.W.
Room 7122
Washington, D.C.  20001

*Counsel for the Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2007, I caused a true and correct copy of the foregoing Unopposed Motion for Enlargement of Time and accompanying Proposed Order to be served on Plaintiff's counsel electronically by means of the Court's ECF system.

                                                  */s/ Eric R. Womack*
                                                  ERIC R. WOMACK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMPRESA CUBANA EXPORTADORA DE ALIMENTOS Y PRODUCTOS VARIOS d/b/a CUBAEXPORT,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, OFFICE OF FOREIGN ASSETS CONTROL, HENRY M. PAULSON, JR., as Secretary of Treasury, ADAM J. SZUBIN, as Director of the Office of Foreign Assets Control, and THE UNITED STATES,<br><br>        Defendants. | Civil Action No. 1:06CV01692 (ESH)<br><br>Hon. Ellen S. Huvelle |

**[PROPOSED] ORDER**

Upon consideration of DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME, and for cause shown, it is hereby ORDERED that Defendants' time to respond to the Plaintiff's Cross-Motion is hereby enlarged to and including April 13, 2007.

Dated: _____

                                                _____
                                                JUDGE ELLEN S. HUVELLE
                                                UNITED STATES DISTRICT JUDGE