**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| EMPRESS CUBANA EXPORTADORA DE ALIMENTOS Y PRODUCTOS VARIOS d/b/a/CUBAEXPORT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, OFFICE OF FOREIGN ASSETS CONTROL, HENRY M. PAULSON, JR., as Secretary of Treasury, ADAM J. SZUBIN, as Director of the Office of Foreign Assets Control, and THE UNITED STATES,<br><br>　　　　Defendants. | Civil Action No. 1:06CV01692 (ESH)<br><br>Hon. Ellen S. Huvelle |

**CUBAEXPORT'S UNOPPOSED MOTION FOR A TWO-WEEK ENLARGEMENT OF TIME IN WHICH TO FILE A REPLY TO THE DEFENDANTS' MEMORANDUM IN <u>OPPOSITION TO PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT</u>**

　　　　The plaintiff, Empresa Cubana Exportadora de Alimentos y Productos Varios d/b/a/Cubaexport ("Cubaexport"), through undersigned counsel, respectfully moves the Court for a two-week enlargement of time for filing its reply to the Defendants' Memorandum in Opposition to Plaintiff's Cross-Motion for Summary Judgment, filed April 13, 2007. Pursuant to Local Rule 7(d), that reply is currently due on or before April 20, 2007.

　　　　This additional time is needed to permit the translation of, and consultation between Cubaexport and undersigned counsel regarding, the Government's opposition memorandum and any draft reply brief. Accordingly, Cubaexport and undersigned counsel respectfully request that

Cubaexport be permitted to file a reply to the Defendants' Memorandum in Opposition on or before May 4, 2007.

Counsel for the defendants, Eric R. Womack, U.S. Department of Justice, has this date authorized the undersigned to state that defendants do not oppose the requested enlargement of time.

Dated: April 17, 2007

Respectfully submitted,

*/s/ Peter M. Brody*
PETER M. BRODY
(DC Bar No. 398717)

ROPES & GRAY LLP
One Metro Center
700 12th Street, N.W.
Washington, D.C. 20005
(202) 508-4600

Herbert F. Schwartz
Vincent N. Palladino
Eric R. Hubbard
Pablo D. Hendler
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York 10036
(212) 596-9000

*Counsel for the Plaintiff*

**CERTIFICATE OF CONFERENCE**

I hereby certify that on April 17, 2007, counsel for Cubaexport communicated with Eric Womack, counsel for the Government, who stated that the Government does not oppose the granting of this motion.

                                                 _/s/ Peter M. Brody_
                                                 PETER M. BRODY
                                                 (DC Bar No. 398717)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| EMPRESA CUBANA EXPORTADORA DE ALIMENTOS Y PRODUCTOS VARIOS d/b/a CUBAEXPORT, | ) ) ) ) ) |  |
| Plaintiff, | ) |  |
| v. | ) ) ) | Civil Action No. 1:06CV01692 (ESH)  Hon. Ellen S. Huvelle |
| UNITED STATES DEPARTMENT OF THE TREASURY, OFFICE OF FOREIGN ASSETS CONTROL, HENRY M. PAULSON, JR., as Secretary of Treasury, ADAM J. SZUBIN, as Director of the Office of Foreign Assets Control, and THE UNITED STATES, | ) ) ) ) ) ) ) ) |  |
| Defendants. | ) ) |  |

**[PROPOSED] ORDER**

Upon consideration of Cubaexport's UNOPPOSED MOTION FOR A TWO-WEEK ENLARGEMENT OF TIME IN WHICH TO FILE A REPLY TO THE DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT, it is hereby ORDERED that the Motion is GRANTED. Cubaexport's reply is due on or before May 4, 2007.

Dated: _____

_____
JUDGE ELLEN S. HUVELLE
UNITED STATES DISTRICT JUDGE