**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| EMPRESA CUBANA EXPORTADORA DE ALIMENTOS Y PRODUCTOS VARIOS d/b/a/CUBAEXPORT, ) ) ) ) | |
| Plaintiff, ) | Civil Action No. 06-1692 (RCL) |
| ) | |
| v. ) | |
| ) | Hon. Royce C. Lamberth |
| UNITED STATES DEPARTMENT OF THE TREASURY, OFFICE OF FOREIGN ASSETS CONTROL, *et al.*, ) ) ) ) ) | |
| Defendants. ) ) | |

## CUBAEXPORT'S MOTION FOR CORRECTION

Pursuant to Federal Rule of Civil Procedure 60(a), plaintiff Empresa Cubana Exportadora de Alimentos y Productos Varios ("Cubaexport") respectfully requests that this Court correct, for the record, an apparent error in this Court's opinion issued September 27, 2007 [dkt. no. 26]. In describing the motions that were pending before the Court, the Court stated that "Cubaexport cross-moved [18] for summary judgment as to its APA *claims*." Op. at 12 (emphasis added). In fact, Cubaexport sought summary judgment only as to one of Cubaexport's three claims under the Administrative Procedure Act, namely, that OFAC's April 6, 2006 ruling that License NO. Cu-74488 did not authorize the renewal of Cubaexport's HAVANA CLUB trademark registration was "arbitrary, capricious, an abuse of discretion and not otherwise in accordance with law."[1] Cubaexport's Cross-motion for Summary Judgment at 1, 7 [dkt. no. 18].

---

[1] As the Court recognized in its opinion, Cubaexport's complaint states "three separate claims under the APA." Op. at 11. Thus, Cubaexport challenges (i) OFAC's April 2006 ruling referenced in text *supra*; (ii) OFAC's July 2006 ruling that "renewal of the HAVANA CLUB

Cubaexport did not seek summary judgment with regard to its other two APA claims.  In response to the government's motion seeking summary judgment as to all three of Cubaexport's APA claims, Cubaexport contended that factual issues remained to be resolved with respect to the second and third claims and therefore summary judgment as to those claims was inappropriate.  The Court granted the government's motion as to two of the APA claims.  Op. at 25-26.  As to the other, the Court denied it without prejudice to renewal following a supplement to the record.  *Id.*

In order to ensure an accurate record, and to avoid any implication that Cubaexport agreed with the government that all three APA claims were appropriate for summary judgment, Cubaexport respectfully requests that the Court correct its reference to Cubaexport's cross motion for summary judgment to reflect that said motion sought a judgment only with respect to Cubaexport's first APA claim.  No other relief is requested, and Cubaexport does not believe that the correction of the reference to Cubaexport's cross motion should affect the Court's rulings in any way.

Dated: October 5, 2007                    Respectfully submitted,

                                          */s/ Peter M. Brody*
                                          PETER M. BRODY
                                          (DC Bar No. 398717)

                                          ROPES & GRAY LLP
                                          One Metro Center
                                          700 12th Street, N.W.
                                          Washington, D.C. 20005
                                          (202) 508-4600

---

trademark under these circumstances would be prohibited unless specifically licensed"; and (iii) OFAC's July 2006 ruling denying the request for a new specific license authorizing renewal of the HAVANA CLUB registration.  *See* Compl. ¶¶ 72-75; Op. at 11, 18.

Herbert F. Schwartz
Vincent N. Palladino
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York 10036
(212) 596-9000

*Counsel for the Plaintiff*

## <u>CERTIFICATE OF CONFERENCE</u>

I hereby certify that on October 3, 2007, counsel for Cubaexport communicated with Eric

Womack, counsel for the government, who stated that the government takes no position on this

motion.

 _/s/ Peter M. Brody_____
PETER M. BRODY
(DC Bar No. 398717)

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| EMPRESS CUBANA EXPORTADORA DE ALIMENTOS Y PRODUCTOS VARIOS d/b/a/CUBAEXPORT, ) ) ) ) | |
| Plaintiff, ) | Civil Action No. 06-1692 (RCL) |
| ) | |
| v. ) | |
| ) | Hon. Royce C. Lamberth |
| UNITED STATES DEPARTMENT OF THE TREASURY, OFFICE OF FOREIGN ASSETS CONTROL, HENRY M. PAULSON, JR., as Secretary of Treasury, ADAM J. SZUBIN, as Director of the Office of Foreign Assets Control, and THE UNITED STATES, ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

**<u>ORDER</u>**

Upon consideration of Plaintiff Cubaexport's Motion for Correction, it is hereby Granted; and

It is FURTHER ORDERED that the Court's Opinion is supplemented to clarify that Cubaexport moved for summary judgment only with regard to its first APA claim regarding OFAC's April 6, 2006 ruling that License No. Cu-74488 did not authorize the renewal of Cubaexport's HAVANA CLUB trademark registration.

Dated: _____    _____
                              Judge Royce C. Lamberth
                              United States District Judge

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| EMPRESS CUBANA EXPORTADORA DE ALIMENTOS Y PRODUCTOS VARIOS d/b/a/CUBAEXPORT, ) ) ) ) | |
| Plaintiff, ) | Civil Action No. 06-1692 (RCL) |
| v. ) | |
| UNITED STATES DEPARTMENT OF THE TREASURY, OFFICE OF FOREIGN ASSETS CONTROL, HENRY M. PAULSON, JR., as Secretary of Treasury, ADAM J. SZUBIN, as Director of the Office of Foreign Assets Control, and THE UNITED STATES, ) ) ) ) ) ) ) ) | Hon. Royce C. Lamberth |
| Defendants. ) | |

## ORDER

Upon consideration of Plaintiff Cubaexport's Motion for Correction, it is hereby Granted; and

It is FURTHER ORDERED that the Court's Opinion is supplemented to clarify that Cubaexport moved for summary judgment only with regard to its first APA claim regarding OFAC's April 6, 2006 ruling that License No. Cu-74488 did not authorize the renewal of Cubaexport's HAVANA CLUB trademark registration.

Dated: _____

_____
Judge Royce C. Lamberth
United States District Judge