IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| EMPRESA CUBANA EXPORTADORA DE ALIMENTOS Y PRODUCTOS VARIOS d/b/a/CUBAEXPORT,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, OFFICE OF FOREIGN ASSETS CONTROL, HENRY M. PAULSON, JR., as Secretary of Treasury, ADAM J. SZUBIN, as Director of the Office of Foreign Assets Control, and THE UNITED STATES,<br><br>    Defendants. | Civil Action No. 06-1692 (RCL)<br><br>Hon. Royce C. Lamberth |

## ORDER

Upon consideration of Plaintiff Cubaexport's unopposed Motion for Correction, it is hereby GRANTED; it is further

ORDERED that the Court's Opinion is supplemented to clarify that Cubaexport moved for summary judgment only with regard to its first APA claim regarding OFAC's April 6, 2006 ruling that License No. Cu-74488 did not authorize the renewal of Cubaexport's HAVANA CLUB trademark registration.

Signed by United States District Judge Royce C. Lamberth on October 25, 2007.