UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **EMPRESA CUBANA EXPORTADORA DE ALIMENTOS Y PRODUCTOS VARIOS, d/b/a CUBAEXPORT,** ) ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No. 06-1692 (RCL) |
| **UNITED STATES DEPARTMENT OF TREASURY, OFFICE OF FOREIGN ASSETS CONTROL,** *et al.*, ) ) ) ) | |
| Defendants. ) ) | |

## ORDER

In accordance with this Court's Order of September 27, 2007 [26], defendant Office of Foreign Assets Control ("OFAC") timely filed a supplement to the administrative record [29]. Therefore, it is hereby

ORDERED that plaintiff and defendant shall, within ten (10) days of this date, meet and confer and submit a proposed briefing schedule – joint if agreed upon, or separately if necessary – for the filing of dispositive motions.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, on April 18, 2008.