IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMPRESA CUBANA EXPORTADORA DE ALIMENTOS Y PRODUCTOS VARIOS d/b/a/CUBAEXPORT,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, OFFICE OF FOREIGN ASSETS CONTROL, HENRY M. PAULSON, JR., as Secretary of Treasury, ADAM J. SZUBIN, as Director of the Office of Foreign Assets Control, and THE UNITED STATES,<br><br>Defendants. | Civil Action No. 1:06CV01692 (RCL)<br><br>Hon. Royce C. Lamberth |

## STIPULATION REGARDING BRIEFING SCHEDULE

In accordance with this Court's April 18 and April 21, 2008 Orders, the plaintiff, Empresa Cubana Exportadora de Alimentos y Productos Various d/b/a Cubaexport ("Cubaexport"), and the defendants, United States Department of the Treasury, the Office of Foreign Assets Control, Henry M. Paulson, Jr., Adam J. Szubin, and the United States ("Defendants"), have stipulated to the following briefing schedule for motions to be filed by Cubaexport and by Defendants with respect to claims set out in the Complaint:

        Opening Briefs        June 27, 2008
        Response Briefs       August 27, 2008
        Reply Briefs          September 26, 2008

Prior practice in this case has demonstrated the challenges Cubaexport and its counsel face in preparing and responding to motions. These include the need to translate complex documents, retain and work through interpreters and travel to the Republic of Cuba, which in turn requires Cubaexport's counsel to comply with restrictions on travel. The foregoing schedule is intended to address these issues. The government has indicated its willingness to consider further adjustments to the schedule in the future in the event this proves necessary.

Respectfully submitted,

| | |
|---|---|
| */s/ Peter M. Brody* | JEFFREY S. BUCHOLTZ |
| PETER M. BRODY | Acting Assistant Attorney General |
| (DC Bar No. 398717) | |
| | JEFFREY A. TAYLOR |
| ROPES & GRAY LLP | U.S. Attorney for the District of Columbia |
| One Metro Center | |
| 700 12th Street, N.W | SANDRA M. SCHRAIBMAN |
| Washington, D.C. 20005 | (DC Bar No. 188599) |
| (202) 508-4600 | Assistant Branch Director |
| | Federal Programs Branch |
| Vincent N. Palladino | */s/Eric R. Womack* |
| ROPES & GRAY LLP | ERIC R. WOMACK (IL Bar No. 6279517) |
| 1211 Avenue of the Americas | Trial Attorney |
| New York, New York 10036 | U.S. Department of Justice |
| (212) 596-9000 | Civil Division |
| | Federal Programs Branch |
| | Washington, D.C. 20001 |
| *Counsel for the Plaintiff* | Tel: (202)514-4020 |
| | Fax: (202) 616-8470 |
| | |
| | Mailing Address: |
| | Post Office Box 883 |
| | Washington, D.C. 20044 |
| | |
| | Courier Address: |
| | 20 Massachusetts Ave., N.W. |
| | Room 7122 |
| | Washington, D.C. 20001 |
| | |
| | *Counsel for the Defendants* |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMPRESA CUBANA EXPORTADORA DE ALIMENTOS Y PRODUCTOS VARIOS d/b/a/CUBAEXPORT,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, OFFICE OF FOREIGN ASSETS CONTROL, HENRY M. PAULSON, JR., as Secretary of Treasury, ADAM J. SZUBIN, as Director of the Office of Foreign Assets Control, and THE UNITED STATES,<br><br>  Defendants. | Civil Action No. 1:06CV01692 (RCL)<br><br>Hon. Royce C. Lamberth |

**[PROPOSED ORDER]**

Upon consideration of the parties' STIPULATION REGARDING BRIEFING SCHEDULE, and for cause shown, it is hereby ORDERED that motions to be filed by Cubaexport and by Defendants with respect to claims set out in the Complaint will be made on the following schedule:

        Opening Briefs      June 27, 2008
        Response Briefs     August 27, 2008
        Reply Briefs        September 26, 2008

Dated: _____

                              JUDGE ROYCE C. LAMBERTH
                              UNITED STATES DISTRICT JUDGE