UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| EMPRESA CUBANA EXPORTADORA DE ALIMENTOS Y PRODUCTOS VARIOS, d/b/a CUBAEXPORT, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF TREASURY, OFFICE OF FOREIGN ASSETS CONTROL, *et al.*, <br><br> Defendants. | Civil Action No. 06-1692 (RCL) |

## ORDER

Upon consideration of the parties' Stipulation Regarding Briefing Schedule [31], and for cause shown, it is hereby

ORDERED that motions by plaintiff Cubaexport and by defendants with respect to claims set out in the complaint [1] will be filed according to the following schedule:

  Opening Briefs        June 27, 2008

  Response Briefs       August 27, 2008

  Reply Briefs          September 26, 2008

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, on May 1, 2008.

1