IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| EMPRESA CUBANA EXPORTADORA DE ALIMENTOS Y PRODUCTOS VARIOS d/b/a/CUBAEXPORT,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, OFFICE OF FOREIGN ASSETS CONTROL, HENRY M. PAULSON, JR., as Secretary of Treasury, ADAM J. SZUBIN, as Director of the Office of Foreign Assets Control, and THE UNITED STATES,<br><br>Defendants. | Civil Action No. 1:06CV01692 (RCL)<br><br>Hon. Royce C. Lamberth |

**STIPULATION REGARDING BRIEFING SCHEDULE**

In accordance with this Court's April 18 and April 21, 2008 Orders, the plaintiff, Empresa Cubana Exportadora de Alimentos y Productos Various d/b/a Cubaexport ("Cubaexport"), and the defendants, United States Department of the Treasury, the Office of Foreign Assets Control, Henry M. Paulson, Jr., Adam J. Szubin, and the United States ("Defendants"), stipulated to a briefing schedule for motions to be filed by Cubaexport and by Defendants with respect to claims set out in the Complaint.

Prior practice in this case has demonstrated the challenges Cubaexport and its counsel face in preparing and responding to motions. These include the need to translate complex documents, retain and work through interpreters and travel to the Republic of Cuba, which in turn requires Cubaexport's counsel to comply with restrictions on travel. Accordingly, the

government indicated its willingness to consider further adjustments to the schedule in the future in the event this proves necessary.

Very substantial progress has been made in preparing papers in support of Cubaexport's proposed motions. However, it will not be possible for Cubaexport to finalize these papers on the current schedule. Accordingly, Cubaexport and Defendants have stipulated to an extension of the briefing schedule under which all of parties' deadlines would be extended by approximately thirty days until:

| | |
|---|---|
| Opening Briefs | July 23, 2008 |
| Response Briefs | September 22, 2008 |
| Reply Briefs | October 22, 2008 |

Respectfully submitted,

| | |
|---|---|
| */s/ Peter M. Brody* | GREGORY G. KATSAS |
| PETER M. BRODY | Acting Assistant Attorney General |
| (DC Bar No. 398717) | |
| | JEFFREY A. TAYLOR |
| ROPES & GRAY LLP | U.S. Attorney for the District of Columbia |
| One Metro Center | |
| 700 12th Street, N.W | SANDRA M. SCHRAIBMAN |
| Washington, D.C. 20005 | (DC Bar No. 188599) |
| (202) 508-4600 | Assistant Branch Director |
| | Federal Programs Branch |
| Vincent N. Palladino | */s/Eric R. Womack* |
| ROPES & GRAY LLP | ERIC R. WOMACK (IL Bar No. 6279517) |
| 1211 Avenue of the Americas | Trial Attorney |
| New York, New York 10036 | U.S. Department of Justice |
| (212) 596-9000 | Civil Division |
| | Federal Programs Branch |
| | Washington, D.C. 20001 |
| *Counsel for the Plaintiff* | Tel: (202)514-4020 |
| | Fax: (202) 616-8470 |

-3-

<u>Mailing Address:</u>
Post Office Box 883
Washington, D.C. 20044

<u>Courier Address:</u>
20 Massachusetts Ave., N.W.
Room 7122
Washington, D.C. 20001

*Counsel for the Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| EMPRESA CUBANA EXPORTADORA DE ALIMENTOS Y PRODUCTOS VARIOS d/b/a/CUBAEXPORT,<br><br>      Plaintiff,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, OFFICE OF FOREIGN ASSETS CONTROL, HENRY M. PAULSON, JR., as Secretary of Treasury, ADAM J. SZUBIN, as Director of the Office of Foreign Assets Control, and THE UNITED STATES,<br><br>      Defendants. | Civil Action No. 1:06CV01692 (RCL)<br><br>Hon. Royce C. Lamberth |

**[PROPOSED ORDER]**

Upon consideration of the parties' STIPULATION REGARDING BRIEFING SCHEDULE, and for cause shown, it is hereby ORDERED that motions to be filed by Cubaexport and by Defendants with respect to claims set out in the Complaint will be made on the following schedule:

        Opening Briefs     July 23, 2008
        Response Briefs   September 22, 2008
        Reply Briefs       October 22, 2008

Dated: _____

                                      JUDGE ROYCE C. LAMBERTH
                                      UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMPRESA CUBANA EXPORTADORA DE ALIMENTOS Y PRODUCTOS VARIOS d/b/a/CUBAEXPORT,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, OFFICE OF FOREIGN ASSETS CONTROL, HENRY M. PAULSON, JR., as Secretary of Treasury, ADAM J. SZUBIN, as Director of the Office of Foreign Assets Control, and THE UNITED STATES,<br><br>    Defendants. | Civil Action No. 1:06CV01692 (RCL)<br><br>Hon. Royce C. Lamberth |

**[PROPOSED ORDER]**

Upon consideration of the parties' STIPULATION REGARDING BRIEFING SCHEDULE, and for cause shown, it is hereby ORDERED that motions to be filed by Cubaexport and by Defendants with respect to claims set out in the Complaint will be made on the following schedule:

        Opening Briefs     July 23, 2008
        Response Briefs   September 22, 2008
        Reply Briefs       October 22, 2008

Dated:

                           JUDGE ROYCE C. LAMBERTH
                           UNITED STATES DISTRICT JUDGE