**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **EMPRESA CUBANA EXPORTADORA** ) <br> **DE ALIMENTOS Y PRODUCTOS** ) <br> **VARIOS, d/b/a CUBAEXPORT,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **UNITED STATES DEPARTMENT OF** ) <br> **TREASURY, OFFICE OF FOREIGN** ) <br> **ASSETS CONTROL,** *et al.*, ) <br> ) <br> **Defendants.** ) | **Civil Action No. 06-1692 (RCL)** |

**ORDER**

Upon consideration of the parties' Stipulation Regarding Briefing Schedule [33], and for cause shown, it is hereby

ORDERED that motions by plaintiff Cubaexport and by defendants with respect to claims set out in the complaint [1] will be filed according to the following schedule:

| | |
|---|---|
| Opening Briefs | July 23, 2008 |
| Response Briefs | September 22, 2008 |
| Reply Briefs | October 22, 2008 |

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on June 17, 2008.