# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| EMPRESA CUBANA EXPORTADORA DE ALIMENTOS Y PRODUCTOS VARIOS d/b/a CUBAEXPORT,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, OFFICE OF FOREIGN ASSETS CONTROL, HENRY M. PAULSON, JR., as Secretary of the Treasury, ADAM J. SZUBIN, as Director of the Office of Foreign Assets Control, and THE UNITED STATES,<br><br>　　　　　　Defendants. | Civil Action No. 1:06CV01692 (RCL)<br><br>Hon. Royce C. Lamberth |

## STIPULATION REGARDING BRIEFING SCHEDULE

On April 25, 2008, the plaintiff, Empresa Cubana Exportadora de Alimentos y Productos Various d/b/a Cubaexport ("Plaintiff"), and the defendants, United States Department of the Treasury, the Office of Foreign Assets Control, Henry M. Paulson, Jr., Adam J. Szubin, and the United States ("Defendants"), stipulated to a briefing schedule for motions to be filed by the parties. On June 16, 2008, the parties stipulated to an extension of this briefing schedule at the request of the plaintiff, setting the deadline for opening briefs on July 23, 2008, and responses on September 22, 2008.

During the months of August and September, counsel for the defendants has been engaged

-1-

in briefing and negotiations in other cases that have required substantial attention. Accordingly, counsel requires a short additional amount of time in which to prepare and finalize the defendants' opposition to Cubaexport's Motion for Summary Judgment. Counsel for the defendants anticipates that no more than two additional weeks would be required in which to file the Opposition.

The plaintiff and the defendants have therefore stipulated to an extension of the briefing schedule, subject to court approval, under which the parties' deadlines would be extended by two weeks. The stipulated briefing schedule is set forth below:

        Opposition Briefs        October 6, 2008

        Reply Briefs        November 5, 2008

**SO ORDERED:**

_____        _____
**DATE**        **UNITED STATES DISTRICT JUDGE**

Respectfully Submitted,

| | |
|---|---|
| */s/ Peter M. Brody* | GREGORY G. KATSAS |
| PETER M. BRODY | Assistant Attorney General |
| (DC Bar No. 398717) | |
| | JEFFREY A. TAYLOR |
| ROPES & GRAY LLP | U.S. Attorney for the District of Columbia |
| One Metro Center | |
| 700 12th Street, N.W | SANDRA M. SCHRAIBMAN |

| | |
|---|---|
| Washington, D.C. 20005<br>(202) 508-4600 | (DC Bar No. 188599)<br>Assistant Branch Director<br>Federal Programs Branch |
| Vincent N. Palladino<br>ROPES & GRAY LLP<br>1211 Avenue of the Americas<br>New York, New York 10036<br>(212) 596-9000 | /s/ Eric R. Womack<br>ERIC R. WOMACK (IL Bar No. 6279517)<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division<br>Federal Programs Branch<br>Washington, D.C. 20001<br>Tel: (202)514-4020<br>Fax: (202) 616-8470 |
| Counsel for the Plaintiff | Mailing Address:<br>Post Office Box 883<br>Washington, D.C. 20044<br><br>Courier Address:<br>20 Massachusetts Ave., N.W.<br>Room 7122<br>Washington, D.C. 20001<br><br>Counsel for the Defendants |

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2008, I caused a true and correct copy of the foregoing Stipulation to be served on Plaintiff's counsel electronically by means of the Court's ECF system.

                                                    /s/ Eric R. Womack
                                                  ERIC R. WOMACK